# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMART DENTURE CONVERSIONS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>STRAUMANN USA, LLC,<br><br>      Defendant. | C.A. No. 24-507-JCB |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the time for Plaintiff Smart Dentures Conversions, LLC ("SDC") to answer or otherwise respond to Defendant, Straumann USA, LLC's ("Straumann") Motion to Dismiss shall be extended through and including September 6, 2024, and the time for Defendant to reply to Plaintiff's Opposition shall be extended though and including September 27, 2024.

| | |
|---|---|
| /s/ *Karen E. Keller* | /s/ *Jason J. Rawnsley* |
| Karen E. Keller | Frederick L Cottrell (#2555) |
| Nathan R. Hoeschen | Jason J. Rawnsley (#5379) |
| Shaw Keller LLP | Jessica E. Blau (#7163) |
| I.M. Pei Building | Richards, Layton & Finger, P.A. |
| 1105 North Market St., 12th Floor | 920 N. King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 298-0700 | (302) 651-7700 |
| kkeller@shawkeller.com | cottrell@rlf.com |
| nhoeschen@shawkeller.com | rawnsley@rlf.com |
| | blau@rlf.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

Dated:  August 7, 2024

SO ORDERED this _____ day of 2024.

_____
UNITED STATES DISTRICT JUDGE