IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMART DENTURE CONVERSIONS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>STRAUMANN USA, LLC,<br><br>    Defendant. | Case No. 1:24-cv-00507-JCB |

**PLAINTIFF SDC'S NOTICE OF CONSENT TO TRIAL**

Pursuant to Order Regulating Practice JCB-CV-77 (Doc. 52 at 12), Plaintiff Smart Denture Conversions, LLC ("SDC") provides notice of its consent to trial and hearings in the Eastern District of Texas, Tyler Division.

| | |
|---|---|
| OF COUNSEL:<br><br>Kelsey I. Nix (admitted *pro hac vice*)<br>Hope C. Garber (admitted *pro hac vice*)<br>John L. Gibbons (admitted *pro hac vice*)<br>SMITH, ANDERSON, BLOUNT, DORSETT,<br>  MITCHELL &<br>  JERNIGAN, LLP<br>P.O. Box 2611<br>Raleigh, North Carolina 27602<br>Phone: 919.821.1220<br>knix@smithlaw.com<br>hgarber@smithlaw.com<br>jgibbons@smithlaw.com<br><br>Dated: June 10, 2025 | */s/ Christine D. Haynes*<br>Frederick L. Cottrell, III (#2555)<br>Jason J. Rawnsley (#5379)<br>Christine D. Haynes (#4697)<br>RICHARDS LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, Delaware 19801<br>Phone: 302.651.7700<br>cottrell@rlf.com<br>rawnsley@rlf.com<br>haynes@rlf.com<br><br>*Attorneys for Plaintiff* |