IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SMART DENTURE CONVERSIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-507-JCB |
| | ) | |
| STRAUMANN USA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT STRAUMANN USA, LLC'S**
**<u>NOTICE REGARDING PLACE OF TRIAL AND HEARINGS</u>**

Pursuant to the Court's Order Regulating Practice (D.I. 52), Defendant Straumann USA, LLC ("Straumann") provides notice that: (a) Straumann does not consent to trial in the Eastern District of Texas, Tyler Division; and (b) Straumann does consent to hearings in the Eastern District of Texas, Tyler Division, provided that Straumann is permitted, upon request, to appear remotely for any such hearing.

Respectfully submitted,

OF COUNSEL:
Georg Reitboeck
Mark Chapman
HAUG PARTNERS LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800

Christopher Gosselin
HAUG PARTNERS LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(212) 588-0800

Dated: June 11, 2025

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*

1