**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SMART DENTURE CONVERSIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>STRAUMANN USA, LLC,<br><br>Defendant. | C.A. No. 24-507-JCB |

**STIPULATED STAY OF CASE**

Subject to the Court's approval, plaintiff Smart Denture Conversions, LLC ("SDC") and defendant Straumann USA, LLC ("Straumann") stipulate as follows:

WHEREAS,

1. SDC filed its complaint (DE 1) and first supplemental complaint (DE 34) for infringement of U.S. Patent Nos. 11,937,992 ("the 992 patent") and 12,156,781 ("the 781 patent") on April 23, 2024 and February 4, 2025, respectively;

2. This Court entered a scheduling order on January 30, 2025 (DE 31);

3. Straumann filed requests for inter partes review ("IPR'") of the 992 patent and post grant review ("PGR") of the 781 patent in the Patent Trial and Appeal Board ("PTAB") of the U.S. Patent and Trademark Office ("PTO") on April 30, 2025, and June 4, 2025, respectively;

4. Straumann filed a motion on August 11, 2025 (DE 68) to stay the Delaware case upon the PTAB's grant of Straumann's request to institute either the IPR or PGR, and the stay motion remains pending;

5. The PTAB issued a decision on November 21, 2025 instituting an IPR of the 992 patent; and

6. The deadline for the PTAB to issue a decision to institute, or deny institution of, a PGR of the 781 patent is December 26, 2025.

Therefore, SDC and Straumann hereby stipulate, subject to the Court's approval, to stay all dates in the Court's scheduling order until the later of the PTAB's issuance of its final decision in the IPR or, if instituted, the PTAB's issuance of its final decision in the PGR.

OF COUNSEL:

Kelsey I. Nix (admitted *pro hac vice*)
Hope C. Garber (admitted *pro hac vice*)
John L. Gibbons (admitted *pro hac vice*)
SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP
150 Fayetteville Street
Raleigh, North Carolina 27602
Phone: 919.821.1220
knix@smithlaw.com
hgarber@smithlaw.com
jgibbons@smithlaw.com

*/s/ Christine D. Haynes*
Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
Christine D. Haynes (#4697)
RICHARDS LAYTON & FINGER, P.A.
920 North King Street
Wilmington, Delaware 19801
Phone: 302.651.7700
Cottrell@RLF.com
Rawnsley@RLF.com
Haynes@RLF.com

*Attorneys for Plaintiff SDC*

Dated: November 24, 2025

OF COUNSEL:

Georg Reitboeck (admitted *pro hac vice*)
Mark Chapman (admitted *pro hac vice*)
HAUG PARTNERS LLP
745 Fifth Avenue
New York, New York 10151
Phone: 212.588.0800
greitboeck@haugpartners.com
mchapman@haugpartners.com

Christopher Gosselin (admitted *pro hac vice*)
HAUG PARTNERS LLP
1717 K Street NW, Suite 900
Washington, D.C. 20006
Phone: 212.588.0800
cgosselin@haugpartners.com

Dated: November 24, 2025

*/s/ Karen E. Keller*
Karen E. Keller (#4489)
Nathan R. Hoeschen (#5379)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, Delaware 19801
Phone: 302.298.0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendant Straumann*

*So ordered by the Court on November __, 2025.*

____________________________
J. CAMPBELL BARKER
United States District Judge